IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WAYNE FORD** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:08cv55 LG-RHW** |
| | § | |
| **ASHBRITT, INC.** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on Motion to Dismiss [8] of AshBritt, Inc, the Court, after a full review and consideration of the Defendant's Motion, Plaintiff's Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss [8] of AshBritt, Inc. pursuant to Federal Rule of Civil Procedure 12(b)(1) is **GRANTED**. Plaintiff's claims against AshBritt, Inc. are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of August, 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge